| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the:   District of Delaware |
| Case number (*If known*): _____   Chapter  7 |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**   C-Quest Capital LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names
   
   N/A

3. **Debtor's federal Employer Identification Number** (EIN)   2 6 – 3 4 5 6 6 8 6

4. **Debtor's address**

   **Principal place of business**
   
   1015 18th Street NW
   Number    Street
   
   Suite 730
   
   Washington, DC    20036
   City    State    ZIP Code
   
   _____
   County

   **Mailing address, if different from principal place of business**
   
   _____
   Number    Street
   
   _____
   P.O. Box
   
   _____
   City    State    ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   
   _____
   Number    Street
   
   _____
   
   _____
   City    State    ZIP Code

5. **Debtor's website** (URL)   https://cquestcapital.com/

Debtor   C-Quest Capital LLC                                    Case number *(if known)*_____
         Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br><br>  4  5  9  9 |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11. *Check all that apply*:<br>  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                                        MM / DD / YYYY<br>         District _____  When _____  Case number _____<br>                                                        MM / DD / YYYY |

Debtor   C-Quest Capital LLC                         Case number *(if known)* _____
         Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☐ No <br> ☑ Yes.  Debtor  See Rider 1     Relationship _____ <br>          District  Delaware     When _____ <br>                                                                  MM / DD / YYYY <br>          Case number, if known  _____ |
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:* <br> ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** *(Check all that apply.)* <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br><br> **Where is the property?** _____ <br>          Number     Street <br> _____ <br> _____     _____ _____ <br> City                                                  State ZIP Code <br><br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.  Insurance agency  _____ <br>          Contact name  _____ <br>          Phone  _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:* <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☑ 1-49          ☐ 1,000-5,000        ☐ 25,001-50,000 <br> ☐ 50-99         ☐ 5,001-10,000      ☐ 50,001-100,000 <br> ☐ 100-199      ☐ 10,001-25,000    ☐ More than 100,000 <br> ☐ 200-999 |

Debtor  C-Quest Capital LLC
      Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☑ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/26/2025
              MM  /  DD  /  YYYY

✗ /s/ Roger Meltzer        Roger Meltzer
Signature of authorized representative of debtor    Printed name

Title  Authorized Representative

**18. Signature of attorney**

✗ /s/ Stephen Astringer       Date  02/27/2025
Signature of attorney for debtor              MM/ DD/ YYYY

Stephen Astringer
Printed name

Kobre & Kim LLP
Firm Name

600 North King Street Suite 501
Number  Street

Wilmington           DE      19801
City                          State    ZIP Code

+1 302 518 6451          Stephen.Astringer@kobrekim.com
Contact phone                 Email address

6375                       DE
Bar number                     State

**Rider 1 to Voluntary Petition**

The following list identifies all of the affiliated entities, including the Debtor filing this petition, that have filed voluntary petitions for relief in this Court under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 701 *et seq.*, as amended, substantially contemporaneously with the filing of this petition.

|    | Debtors' Name | Debtors' EIN | State of Inc. |
|----|---------------|--------------|---------------|
| 1. | CQC Impact Investors LLC | 46 - 5236679 | Delaware |
| 2. | C-Quest Capital LLC | 26 - 3456686 | Delaware |
| 3. | CQC Marketing LLC | N/A | Delaware |
| 4. | Transformation Advisory LLC | N/A | Delaware |
| 5. | C-Quest Capital Africa LLC | N/A | Delaware |

**RESOLUTIONS OF THE GOVERNING BODIES OF**

**CQC Impact Investors LLC**
**C Quest Capital LLC**
**Transformation Advisory LLC**
**CQC Marketing LLC**
**C Quest Capital Africa LLC**

**February 18, 2025**

**FIING OF VOLUNTARY PETITIONS UNDER CHAPER 7**
**OF THE BANKRUPTCY CODE**

**WHEREAS**, C Quest Capital LLC ("**CQC LLC**") is a wholly owned subsidiary of CQC Impact Investors LLC ("**CQC II**");

**WHEREAS**, as of the date hereof, there are no directors currently on the board of CQC LLC ("**Board Vacancy**");

**WHEREAS**, notwithstanding anything to the contrary in the organizational documents of CQC LLC, given the Board Vacancy, CQC II, as the sole member of CQC LLC, has determined that it shall exercise the powers of CQC LLC to approve, authorize, ratify and confirm the matters set forth herein;

**WHEREAS**, Transformation Advisory LLC ("**TA**"), CQC Marketing LLC ("**Marketing**") and C Quest Capital Africa LLC ("**Africa**" and together with CQC LLC, CQC II, TA, and Marketing, the "**Companies**") are each member-managed LLCs and wholly owned subsidiaries of CQC LLC;

**WHEREAS**, each of (i) CQC II, as the governing body of each of CQC LLC, Africa, TA and Marketing, and (ii) the board of directors of CQC II (the "**Board**", together with CQC II, the "**Governing Bodies**") has been given information, and had the opportunity to review and ask questions of CQC II's management and legal advisors, about the liabilities and liquidity of the Companies, including that the Companies do not have sufficient capital to maintain operations;

**WHEREAS**, the Governing Bodies have had the opportunity to consult with the management and the legal advisors of the Companies to fully consider options available considering that the Companies do not have sufficient capital to maintain operations;

**WHEREAS**, the Governing Bodies have reviewed, considered, and received the recommendation of management of CQC II and the advice of CQC II's legal advisors with respect to the options available to the Companies, including the possibility of pursuing a bankruptcy proceeding under Chapter 7 of title 11 of the United States Code (as amended, the "**Bankruptcy Code**");

**WHEREAS**, the Governing Bodies hereby adopt the following resolutions by consent:

**NOW, THEREFORE, BE IT RESOLVED**, that after consideration of the financial state of the Companies and the recommendations of management of CQC II and the advice of CQC II's professionals and advisors, each Governing Body has determined in its business judgment that it is in the best interest of each of the Companies, their creditors, shareholders, members, and other interested parties, and stakeholders that a voluntary petition be filed by each of the Companies under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (each a "**Bankruptcy Petition**"); and it is

**FURTHER RESOLVED**, Roger Meltzer, the Interim Executive Chairman of CQC II, and any other person designated and so authorized to act (each, an "**Authorized Person**") are, and each hereby is, authorized, empowered and directed, in the name and on behalf of each of the Companies, based upon the information available to him, and with the support of the Company's professionals and advisors as he deems appropriate (a) to execute, verify and file on behalf of each of the Companies all documents necessary or appropriate in connection with the filing of each Bankruptcy Petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with each Bankruptcy Petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with each Company's Chapter 7 case (collectively, "**Bankruptcy Cases**"); and (c) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and directed to employ the law firm of Kobre & Kim LLP as counsel to assist the Companies in filing for relief under Chapter 7 of the Bankruptcy Code, and the officers of the Companies are hereby authorized and directed to pay fees and/or retainers prior to the filing of the Bankruptcy Cases; and it is

**FURTHER RESOLVED**, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any Authorized Person in connection with the Bankruptcy Cases, or any further action to seek relief on behalf of each Company under Chapter 7 of the Bankruptcy Code, or in connection with the Bankruptcy Cases, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of such Company; and it is

**FURTHER RESOLVED**, that the acts, actions and transactions heretofore taken by the officers of each Company or the directors of each Company in the name of and on behalf of each Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be, and hereby are, ratified, confirmed, and approved in all respects; and it is

**FURTHER RESOLVED**, that electronic or photostatic copies of signatures to these resolutions shall be deemed to be originals and may be relied on to the same extent as the originals; and it is

**FURTHER RESOLVED**, that these resolutions may be executed in any number of counterparts, each of which when so executed and delivered to the Company shall be deemed original, and such counterparts together shall constitute one and the same instrument.

**IN WITNESS WHEREOF**, the undersigned have executed these Resolutions of the Governing Bodies of CQC Impact Investors LLC, C Quest Capital LLC, Transformation Advisory LLC, CQC Marketing LLC, and C Quest Capital Africa LLC as of the date first written above.

_____
Roger Meltzer, Director

_____
Roger Meltzer on behalf of George Polk, Director, pursuant to Proxy dated 2/3/2025

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CQC Impact Investors LLC,[1]<br><br>　　　　Debtor.<br><br>Tax I.D. No. No. 46-5236679 | Chapter 7<br><br>Case No. 25-_____ (__) |
| In re:<br><br>C-Quest Capital LLC,<br><br>　　　　Debtor.<br><br>Tax I.D. No. No. 26-3456686 | Chapter 7<br><br>Case No. 25-_____ (__) |
| In re:<br><br>CQC Marketing LLC,<br><br>　　　　Debtor. | Chapter 7<br><br>Case No. 25-_____ (__) |
| In re:<br><br>Transformation Advisory LLC,<br><br>　　　　Debtor. | Chapter 7<br><br>Case No. 25-_____ (__) |
| In re:<br><br>C-Quest Capital Africa LLC,<br><br>　　　　Debtor. | Chapter 7<br><br>Case No. 25-_____ (__) |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, for those entities that have been assigned one, are CQC Impact Investors LLC (6679), C-Quest Capital LLC (6686), CQC Marketing LLC, Transformation Advisory LLC, and C-Quest Capital Africa LLC. The Debtors' headquarters is located at 1015 18th Street NW Washington, DC 20036.

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
PURSUANT TO FED. R. BANKR. P. 1007(a)(1) AND 7007.1**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor and its debtor affiliates (each, a "**Debtor**" and, collectively, the "**Debtors**"), to the best of their knowledge, information, and belief, hereto state as follows:

1. No publicly held corporation owns ten percent (10%) or more of the stock of CQC Impact Investors LLC.

2. Vision Ridge Partners, a privately owned company, holds a majority of Class B common shares of CQC Impact Investors LLC.

3. Each remaining Debtor is wholly owned by its respective parent entity that holds one hundred percent (100%) of such Debtor's membership interests. The remaining Debtors in these chapter 7 cases are listed with their respective parent entities, together with the nature of their interests, in the following table:

| DEBTOR | KIND/CLASS OF INTEREST | NAME OF INTEREST HOLDER & PERCENTAGE OF INTERESTS HELD |
|---|---|---|
| C-Quest Capital LLC | Membership Interests | 100% owned by CQC Impact Investors LLC |
| CQC Marketing LLC | Membership Interests | 100% owned by C-Quest Capital LLC |
| Transformation Advisory LLC | Membership Interests | 100% owned by C-Quest Capital LLC |
| C-Quest Capital Africa LLC | Membership Interests | 100% owned by C-Quest Capital LLC |

**Fill in this information to identify the case and this filing:**

Debtor Name  C-Quest Capital LLC

United States Bankruptcy Court for the: District of Delaware

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Consolidated Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/27/2025
MM / DD / YYYY

✗ /s/ Roger Meltzer
Signature of individual signing on behalf of debtor

Roger Meltzer
Printed name

Authorized Representative
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CQC Impact Investors LLC,[1]<br><br>       Debtor.<br><br>Tax I.D. No. No. 46-5236679 | Chapter 7<br><br>Case No. 25-_____ (__) |
| In re:<br><br>C-Quest Capital LLC,<br><br>       Debtor.<br><br>Tax I.D. No. No. 26-3456686 | Chapter 7<br><br>Case No. 25-_____ (__) |
| In re:<br><br>CQC Marketing LLC,<br><br>       Debtor. | Chapter 7<br><br>Case No. 25-_____ (__) |
| In re:<br><br>Transformation Advisory LLC,<br><br>       Debtor. | Chapter 7<br><br>Case No. 25-_____ (__) |
| In re:<br><br>C-Quest Capital Africa LLC,<br><br>       Debtor. | Chapter 7<br><br>Case No. 25-_____ (__) |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, for those entities that have been assigned one, are CQC Impact Investors LLC (6679), C-Quest Capital LLC (6686), CQC Marketing LLC, Transformation Advisory LLC, and C-Quest Capital Africa LLC. The Debtors' headquarters is located at 1015 18th Street NW Washington, DC 20036.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

for the District Of Delaware

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ $125,000.00

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ $125,000.00

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ $0.00

2. The source of the compensation paid to me was:

   ☑ Debtor            ☐ Other (specify)
   CQC Impact Investors LLC

3. The source of compensation to be paid to me is:

   ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   a. Representation of Debtors on issues of non-bankruptcy law including, but not limited to, advice or representation regarding matters related to general corporate operations, any ongoing litigation or arbitration involving the Debtors, and other matters not directly related to U.S. bankruptcy or debtor/creditor specialties of the law.

B2030 (Form 2030) (12/15)

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

02/27/2025
*Date*

/s/ Stephen Astringer
*Signature of Attorney*

KOBRE & KIM LLP
*Name of law firm*

**United States Bankruptcy Court**
**District of Delaware**

In re: **C-Quest Capital LLC**
Debtor(s)

Case No. 
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Person of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 02/27/2025

*/s/ Roger Meltzer*
Roger Meltzer/Authorized Representative
Signer/Title

*1015 18TH STREET OWNER LLC*
76 8th Avenue, 2nd Floor
New York, NY 10011

*ASHURST LLP*
55 Hudson Yards, 18th Floor
New York, NY 10001

*AXIOM GLOBAL INC.*
220 North Wiget Lane
Walnut Creek, CA 94598

*CALIFORNIA FRANCHISE TAX BOARD*
P.O. Box 942857
Sacramento, CA 94257

*CARBONAI INC.*
550 11 Avenue SW #1100
Calgary AB T2R 1M7

*CARBON CHECK (INDIA) PRIVATE LIMITED*
Unit No 1701, Logix City Centre Office Tower
Plot No. B2-58, Sector 32
Noida, Uttar Pradesh 201301

*COMMERCIAL JANITORIAL SERVICES LLC*
251 Little Falls Drive
Wilmington, DE 19808

*COGENCY GLOBAL INC.*
122 E 42nd Street, 18th Floor
New York, NY 10168

*CONCUR TECHNOLOGIES, INC.*
1211 Commercial Ave NW, #800
Washington, DC 20036

*CYRIL AMARCHAND MANGALDAS*
Peninsula Chambers, Peninsula Corporate Park,
Ganpatrao Kadam Marg, Lower Parel,
Mumbai 400 013, India

*CQC IMPACT INVESTORS LLC*
1015 18th Street NW, Suite 730
Washington, DC 20036

*DC OFFICE OF TAX AND REVENUE*
1101 4th Street SW, Suite 240
Washington, DC 20024

*EVOLVEIP*
630 Allendale Road
King of Prussia, PA 19406

*FTI CONSULTING TECHNOLOGY LLC*
555 12th Street NW, Suite 700
Washington, DC 20004

*GARTNER, INC.*
13200 Paul J Doherty Parkway
Ft. Myers, FL 33913

*GASTHALTER & CO. LP*
777 3rd Avenue, Rm. 32a
New York, NY 10017

*HECKER FINK LLP*
350 Fifth Avenue, 63rd Floor
New York, NY 10118

*INCORPORATING SERVICES, LTD..*
3500 S Dupont Highway
Dover, DE 19901

*INTERNAL REVENUE SERVICE*
1111 Constitution Ave. NW
Washington, DC 20224

*J.J. KELLER & ASSOCIATES, INC.*
3003 Breezewood Lane
Neenah, WI 54957

*KPMG SERVICES PTE LTD*
12 Marina View, #15-01
Asia Square Tower 2
Singapore (018961)

*KOBRE & KIM LLP*
800 Third Avenue
New York, NY 10022

*KONICA MINOLTA BUSINESS SOLUTIONS, U.S.A, INC..*
100 Williams Drive
Ramsey, NJ 07446

*NEWCONNECT LLC*
3705 Curtis Court
Chevy Chase, MD 20815

*RSM US LLP*
4650 East 53rd Street
Davenport, IA 52807

*SHONUBI MUSOKE & CO.*
P.O Box 3213 Kampala, Plot 14 Hannington Rd.
Kampala, Uganda

*SOVOS COMPLAINCE LLC*
2000 Ballardvale Street, 4th Floor
Wilmington, MA 01887

*TILLEKE & GIBBONS LAO CO.,*
No. 302/1B, 3rd Floor
Vieng Vang Tower, Unit 15
Boulichan Rd., Dongpalan Thong Village,
Sisattanak District, Vientiane, Lao PDR

*XEROX FINANCIAL SERVICES LLC*
P.O. Box 202882
Dallas, TX 75320